USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED. 1-21-2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
613 CONSULTING, LLC.,

          Plaintiff,

    -against-

CITISCOOTER LLC, et al.,

          Defendants.
------------------------------------------------------------X

18 civ 560 (JGK)

## ORDER

The Court, by order of November 20, 2019, directed the plaintiff to obtain new counsel by December 20, 2019. The plaintiff was advised that failure to obtain new counsel by December 20, 2019 may result in the case being dismissed for failure to prosecute.

There is no appearance, on record, of counsel for the plaintiff.

Having no appearance of counsel, the case is dismissed for failure to prosecute. The clerk is directed to close this case.

**SO ORDERED.**

                                            **JOHN G. KOELTL**
                                        **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         January 17, 2020